CopyCat Legal PLLC

Application for additional deadlines granted. Non-expert depositions shall be completed by October 12, 2026; Plaintiff's expert disclosures shall be made by September 25, 2026; Defendant's expert disclosures shall be made by September 25, 2026; the identity of any experts who may testify in rebuttal to any initial expert shall be disclosed by October 28, 2026; and the parties shall file a joint letter concerning settlement/mediation within one week after the mediation and in any event no later than October 2, 2026.

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated: White Plains, New York
August 21, 2026

**VIA ECF**

Hon. Philip M. Halpern
United States District Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Co
300 Quarropas Street
White Plains, NY 10601-4150

***RE: August Image, LLC v. Townsquare Media, Inc. d/b/a Majic 93.3, d/b/a Mix 95.7 West Michigan, d/b/a Screen Crush, d/b/a The BoomBox (Case No. 7:25-cv-09341-PMH)***

Dear Judge Halpern:

The undersigned counsel represent Plaintiff August Image, LLC ("Plaintiff") and Defendant Townsquare Media, Inc. ("Townsquare," together with Plaintiff, the "Parties") in the above-referenced action. The Parties submit this letter to jointly request that the Court clarify the discovery deadlines after having entered its July 8, 2026 Order granting in part [D.E. 31] Letter Motion for Extension of Time to Complete Discovery [D.E. 32] (the "Order").

On July 7, 2026, the Parties filed their Joint Letter Motion for Extension of Time to Complete Discovery (the "Motion"). See D.E. 31. Therein, the Parties requested a referral of this matter to the Southern District's Mediation Program and, in furtherance of said request, a stay of discovery pending completion of mediation or, in the alternative, a sixty-day extension of the discovery deadlines. With respect to the latter, the Parties proposed new deadlines for the outstanding discovery deadlines:

| Current Deadline | Proposed New Deadline | |
|---|---|---|
| July 27, 2026 | September 25, 2026 | L/D to serve expert disclosures |
| August 11, 2026 | October 12, 2026 | Close of fact discovery |
| August 11, 2026 | October 12, 2026 | L/D to take non-expert depositions |

| | | |
|---|---|---|
| August 25, 2026 | October 26, 2026 | L/D to file joint letter regarding settlement/mediation |
| August 27, 2026 | October 28 2026 | L/D to disclose rebuttal experts |
| September 25, 2026 | November 26, 2026 | Close of expert discovery |

On July 8, 2026, the Court entered the Order, granting the application in part, referring the matter for mediation, extending the deadline to complete fact discovery (to October 12, 2026), expert discovery (to November 24, 2026), and all discovery (November 24, 2026), and adjourning the case management conference (to January 20, 2027).

Although the Court extended the outside deadlines for fact/expert discovery, the July 8, 2026 Order does not address the interim deadlines (i.e., deadline to serve expert disclosures, deadline to take non-expert depositions deadline to file joint letter regarding settlement/mediation, and deadline to disclose rebuttal experts). And while the Parties assume these dates were likewise extended accordingly, in an abundance of caution they are jointly seeking confirmation/clarification of such from the Court.

Furthermore, per the original Civil Case Discovery Plan and Scheduling Order [D.E. 24] entered on April 13, 2026, the Parties had recommended a completion of mediation by August 21, 2026. While the matter has been referred for mediation, the mediation has not yet been scheduled, but it appears likely, based on scheduling discussions, that it will be held in mid-September 2026 or some time later. As such, the Parties wanted to ensure no mediation deadline was missed as a result.

We thank the Court for its attention to this matter.

*/s/ Abigail B. Everdell*
Abigail B. Everdell
**Davis Wright Tremaine LLP**
1251 Avenue of the Americas
42nd Floor
New York, New York 10128
Telephone: 212-603-6468

*Attorney for Defendant Townsquare Media, Inc.*

*/s/ Christine Zaffarano*
Christine Zaffarano
**CopyCat Legal PLLC**
3111 North University Drive
Suite 301
Coral Springs, Florida 33065
Telephone: 954-900-9014

*Attorney for Plaintiff August Image, LLC*